## CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Charles Leonard Miller**<br>DOB: 1986; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-2957MJ |

Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about February 24, 2026, in the District of Arizona, **Charles Leonard Miller**, knowing and in reckless disregard of the fact that a certain illegal aliens, including Rigoberto Guerra-Rangel and Jair Jose Miguel Cantero-Reyna, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On February 24, 2026, in the District of Arizona (Three Points), Border Patrol Agents (BPAs) were assigned to traffic operations on Federal Route (FR) 19 on the Tohono O'odham Nation (TON). The TON is located approximately 65 miles southwest of Tucson, Arizona and contains several Federal Routes that run throughout the area. Any travel on the Federal Routes off of State Route 86 is restricted to tribal members and their guests. Vehicles encountered on the TON that are registered outside of the TON are commonly involved in smuggling activities. FR 19 is a two-lane highway that runs from Sells, Arizona to Newfield, Arizona. At approximately 6:31 p.m., BPAs observed four vehicles travelling south near mile marker 19 on FR 19. One of the vehicles was a white 2014 Ford Fusion bearing a temporary Arizona license plate. At approximately 6:58 p.m., while assisting at a traffic stop near mile marker four and a half, BPAs noticed the same Fusion travelling north on FR 19. The short turnaround time is consistent with previous smuggling tactics. BPAs followed the Fusion as it continued north on FR 19. Record checks on the Fusion returned out of Phoenix, Arizona and it is uncommon for vehicles to travel to the area from Phoenix and depart after only 20 to 30 minutes. BPAs initiated a vehicle stop near mile marker nine and a half and the Fusion yielded on the shoulder of the northbound lane. As they approached the Fusion, BPAs greeted the driver, identified as **Charles Leonard Miller**, and noticed two male individuals attempting to hide themselves in the backseat. The individuals were wearing camouflage clothing and lying on each other on the seat. **Miller** told BPAs that he was in the area to pick up a friend but could not specify the location. While performing their inspection, BPAs asked **Miller** to turn off the vehicle and hand over his keys, and he complied.

**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Rigoberto Guerra-Rangel and Jair Jose Miguel Cantero-Reyna

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Nick Piccolo<br>Border Patrol Agent |
|---|---|
| Sworn by telephone  __x__<br>SIGNATURE OF MAGISTRATE JUDGE[1) | DATE<br>February 25, 2026 |

[1) See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Chamblee

**Continued from front page.**                                                                26-2957MJ

An immigration inspection was performed on the two individuals in the backseat, identified as Rigoberto Guerra-Rangel and Jair Jose Miguel Cantero-Reyna, and BPAs determined them to be citizens of Mexico illegally present in the United States.   Record checks revealed that Rigoberto Guerra-Rangel and Jair Jose Miguel Cantero-Reyna do not possess the proper documentation to enter, pass through, or remain in the United States legally.

Material witness Rigoberto Guerra-Rangel stated that he is a citizen of Mexico and that he was going to pay $13,000 to be smuggled into the United States.   He crossed the border with one other individual near Sonora, Mexico.   The foot guide gave him instructions to go to a camp where he would be picked up by a white Ford Focus.   He walked about 25 minutes before arriving at the camp and waited two minutes until he was picked up by the white Ford Focus.   The vehicle slowed down and he and the other individual entered.   There was only one other person in the vehicle when they entered.   Guerra-Rangel described the driver as light-skinned, tall, heavy-set with a beard and was wearing a black shirt.   The driver was going to take them to Phoenix, Arizona and said "La Poli" or "La Migra" when he was being pulled over by Border Patrol.

Material witness Jair Jose Miguel Cantero-Reyna stated that he is a citizen of Mexico and that he was going to pay $8,000 to be smuggled into the United States.   He crossed the border with one other individual near Sonora, Mexico. He only had a foot guide in Mexico.   The foot guide instructed him to walk to a camp located approximately 15 minutes from the border where a white Ford Focus would pick him up.   Once he arrived at the camp, he waited two minutes before being picked up by the white Ford Focus.   The vehicle slowed down and they entered.   Only one person was in the vehicle when they entered.   Cantero-Reyna described the driver as light-skinned, tall, heavy-set with tattoos and a beard.   He also stated that the driver was wearing a hat.   The driver was going to take them to Phoenix and said "Migra" when he was being pulled over by Border Patrol.